```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
JAMES WHITLOW DELANO,                :
                                     :
                    Plaintiff,       :
                                     :
    - against -                      :      ORDER
                                     :
ONE GREEN PLANET LLC,                :      19 Civ. 01823
                                     :
                                     :
                    Defendant.       :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By letter dated September 6, 2019, Plaintiff represented that, if Defendant did not respond to the Complaint within 30 days, Plaintiff would request entry of default. Defendant has not responded to the Complaint, and Plaintiff has not requested entry of default or any further action. Accordingly, it is hereby

**ORDERED** that Plaintiff inform the Court, by September 11, 2020, concerning the status of this action and Plaintiff's contemplation with regard to any further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:     September 4, 2020
           New York, New York

_____
Victor Marrero
U.S.D.J.