```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/16/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
JAMES WHITLOW DELANO                :
                                    :
                    Plaintiff,      :          19 Civ. 1823 (VM)
                                    :
        -against-                   :           CONDITIONAL
                                    :     ORDER OF DISCONTINUANCE
ONE GREEN PLANET LLC,               :        WITHOUT PREJUDICE
                                    :
                                    :
                    Defendant.      :
--------------------------------X

VICTOR MARRERO, U.S.D.J.:

        Counsel for plaintiff, having notified the Court, by letter dated
November 15, 2020 (see Dkt. No. 14), that the parties have reached an
agreement in principle to settle this action without further litigation,
it is hereby

        ORDERED, that this action be conditionally discontinued without
prejudice and without costs. Within 30 days of the date of this Order,
the parties may submit to the Court their own Stipulation of Dismissal
for the Court to So Order. Any application for restoration of the action
to the active calendar of this Court must be made by letter within 30
days of the date of this order. Upon such notification, the defendant(s)
shall continue to be subject to the Court's jurisdiction, the Court shall
promptly reinstate the action to its active docket and the parties shall
be directed to appear before the Court, without the necessity of
additional process, on a date within 10 days of the plaintiff's
application for reinstatement, to schedule remaining pre-trial
proceedings and/or dispositive motions, as appropriate. This Order shall

be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

The Clerk of Court is directed to terminate any pending motions and to close this case.


**SO ORDERED.**

Dated:      NEW YORK, NEW YORK
            16 November 2020


                                        _____
                                              Victor Marrero
                                                 U.S.D.J.